IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

```
===============================X
VIACOM INTERNATIONAL INC.,              DEFENDANT'S MOTION

                Plaintiff,
        -against-                        Case No. 20-cv-07418

THE PARTNERSHIPS AND
UNINCORPORATEDASSOCIATIONS
IDENTIFIED ON SCHEDULE A,

                Defendants.
=============================X
```

Kids Bedding 4 Less, LLC d/b/a kreativekidzbedding.com s/h/a KreativKidsBedding will move this Honorable Court for entry of an Order awarding it legal fees and damages pursuant FRCP §65(b) and the Lanham Act 15 U.S.C. §l 117(a) at a date and time to be set by the Court.

In support of its Motion, Movant files herewith Defendant's Declaration and a Memorandum of Law with Exhibits.

Dated: March 16, 2021
      Long Beach, New York

                                              /s/Cory J. Rosenbaum
                                              Cory Rosenbaum
                                              Rosenbaum, Famularo & Segall, P.C.
                                              138A East Park Avenue
                                              Long Beach, New York 11561
                                              cjr@amazonsellerslawyer.com