**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| VIACOM INTERNATIONAL, INC., <br><br> PLAINTIFF, <br><br> v. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, <br><br> DEFENDANTS. | CASE NO.: 1:20-CV-07418 <br><br> JUDGE HARRY D. LEINENWEBER <br><br> MAGISTRATE JUDGE GABRIEL A. FUENTES |

## DECLARATION OF PAUL VARLEY

I, Paul Varley, declare as follows: I am an investigator for Viacom International, Inc. ("Viacom" or "Plaintiff"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts, and if called as a witness, I could and would competently testify as follows:

1. This declaration is based upon my personal knowledge of the facts stated herein, or the business records that were made at the time, or in the regular course of business.

2. I am a consultant and investigator for Viacom, which is based in New York. I am knowledgeable about, or have access to, business records concerning all aspects of the brand protection operation of Viacom, including but not limited to, its trademarks, copyrights, other intellectual property, sales, online sales, advertising, marketing, media coverage, and associated international operations. I make this declaration from matters within my own knowledge, save where otherwise stated.

1

3. I perform, supervise, and/or direct investigations related to Internet-based infringement of the Teenage Mutant Ninja Turtles ("TMNT") Trademarks.

4. Our investigations are conducted for the purpose of identifying e-commerce stores that are selling counterfeit TMNT products from foreign countries such as China to consumers in the U.S. and elsewhere.

5. I, or someone working under my direction, analyzed each of the Defendants' Internet stores in this action, and determined that counterfeit TMNT products were being offered for sale to the United States, including Illinois. This conclusion was reached through visual inspection of the products listed for sale, the price at which the counterfeit TMNT products were offered for sale, other features commonly associated with websites selling counterfeit products, because the e-commerce stores offered shipping to the United States, including Illinois, and because the e-commerce stores and their websites do not conduct business with Viacom and do not have the right or authority to use the TMNT Trademarks for any reason.

6. Movant's Amazon store, "kreativekidsbedding", was among Internet stores identified as retailing counterfeit and/or unlicensed products for the following reasons: a) the design on the bedding does not match any officially licensed bedding that we could identify; b) the Nickelodeon branding does not appear on the bedding although TMNT is a Nickelodeon brand (which is a subsidiary of Viacom); c) its use of digitally augmented images of the various branded products; and, d) the high volume of products for sale; all taken together are very strong indicators of a foreign-based infringer.

7. When a product is officially licensed, we would expect to see it widely available, and this was not the case for the TMNT product offered for sale by the Movant. The websites

where this product is available all raise red flags as they are used by drop-shippers and/or are known to us as sites where counterfeit and unlicensed products are widely available.

8. Infringers often go to great lengths to conceal their identities by using multiple fictitious names and addresses, and/or by not including any contact information whatsoever related to the operator(s) of the relevant storefronts. The Movant fell into this category, by not including any contact information on its Amazon storefront at the time of investigation. Attached hereto as **Exhibit 1** is a true and correct copy of the Amazon storefront page of Movant captured at the time of the investigation, which does not provide any contact or otherwise identifying information for the owner/operator of the store.

9. At the time of the investigation, Amazon did not require its sellers to include their location on their storefront pages, and making a purchase from the store would not have yielded any additional information because of the Amazon model of using fulfillment centers; therefore, additional research was undertaken to determine Movant's location.

10. The online store(s) of Movant were examined by me personally and members of my investigations team under my direct supervision. A thorough investigation was conducted in order to determine the location and citizenship of the Movant, and through that research, we had reason to believe that the individual or entity operating the Amazon storefront "kreativekidsbedding" was located in China.

11. Attached hereto as **Exhibit 2** is a true and correct copy of the online store, based in China, which we believed in good faith to be associated with the identically named store on Amazon. http://colorfulmart.com/kreative+kids+bedding/. This website shows 2,714 items for sale from Kreative Kids Bedding; and the website itself is owned and operated by a Chinese based enterprise, as demonstrated in the evidence.

12. Attached hereto as **<u>Exhibit 3</u>** is a true and correct copy of a second website which we believed had strong ties or was associated with the kreativekidsbedding Amazon storefront. https://www.ericdress.com/hot/Kreative-Kids-Bedding/6/. This website shows 1,393 items for sale from Kreative Kids Bedding; and the website itself is owned and operated by a Chinese based enterprise, as demonstrated in the evidence.

13. Attached hereto as **<u>Exhibit 4</u>** is a true and correct copy of a third website which we believed had strong ties or was associated with the kreativekidsbedding Amazon storefront. https://www.tidebuy.com/TAG/K/Kreative-Kids-Bedding.htm. This website shows 710 items for sale from Kreative Kids Bedding; and the website itself is owned and operated by a Chinese based enterprise, as demonstrated in the evidence.

14. No business records for a US based company "Kreative Kids Bedding" could be located. While there are several "Kreative Kids" companies which are registered in the US, those identified all pertained to childcare facilities and had no retail connections.

15. Attached hereto as **<u>Exhibit 5</u>** is a true and correct copy of what Movant asserts is its "proprietary" website, KreativeKidzBedding.com, which is a website powered by Shopify, a company that specializes in websites using the drop-shipping style of product order fulfillment. This website uses a Canadian based privacy registration service which protects the ultimate owner from identification through online 'lookup services.' Additionally, there is no contact information present on this website, nor any other identifiable information that would lead us to believe that the storefront was based in the United States, nor associated with the Movant, as its name varies slightly from the kreativekidsbedding Amazon storefront, and, at the time of investigation, it did not offer any TMNT products for sale.

16. At no time, in any of my, or my investigations team's, extensive research to determine the location and residence of Movant, on either the Amazon storefront kreativekidsbedding or any of the other websites which we reviewed, was there any indication that the Amazon storefront kreativekidsbedding was associated with a business called Kids Bedding 4 Less, LLC.

17. Given the number of defendants brought in this action, the full course of the investigation as to all defendants took approximately six months to complete. The investigation as to Movant was fully conducted and completed prior to September 2020.

18. The investigations team frequently investigates infringement on the Amazon platform, and, in our experience, and to our knowledge, sellers could decide whether or not to disclose their location on their storefront pages. The locations displayed were often fake and determining any defendants' true location took extensive research and most times were not able to be confirmed.

19. We were not informed, or otherwise made aware, that Amazon's policy had changed as of September 1, 2020 to require that all sellers disclose their location. Because we had no knowledge of this policy, we had no reason to believe Movant's location would be available after that date.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this the 14th day of April 2021.

*/s/ Paul Varley*
Paul Varley

5